In the Matter of THOMAS G. YOUNG, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.

698

*Copal Mintz* for appellant.

*Alfred L. Tanz* for Ccana J. Napper, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.